LARAMIE AUTO COMPANY, A CORPORATION v. F. A. BUNDY, AND NATIONAL SURETY COMPANY, A CORPORATION
(No. 1628; July 2, 1930; 289 Pac. 1096)

For the plaintiff and respondent there was a brief by *Corthell, McCollough & Corthell,* of Laramie, Wyoming, and oral argument by *Mr. A. W. McCollough.*

For the appellant there was a brief and oral argument by *James A. Greenwood,* of Cheyenne, Wyoming.

RINER, Justice.

The record in this case is in the same condition as that in No. 1616, W. H. Holliday Co. v. Bundy, (Wyo.) 289 Pac.

1094, this day dismissed, and for the reasons and upon the authorities therein set out, must necessarily be subject to the same disposition. The cause is, accordingly dismissed.

*Dismissed.*

BLUME, C. J., and KIMBALL, J., concur.